UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

LADY OF AMERICA           CASE NO.:06-61050-CIV-COHN/JOHNSON
FRANCHISE CORPORATION,

       Plaintiff,

vs.

JOHN MCDONALD, HOLLY MCDONALD,
MICHAEL HYNES and JEANI HYNES,

       Defendant.
_____/

## DEFAULT FINAL JUDGMENT

THIS CAUSE is before the Court upon Plaintiff's Motion for Entry of Final Judgment After Default against Defendants John McDonald and Holly McDonald [DE 29].  The Court has carefully considered the Motion and accompanying Declaration of Jill A. Cook, Esq. calculating the amount due [DE 29, Exh. B], the entire case file including Plaintiff's Complaint and exhibits [DE 1], return of service upon Defendants John McDonald [DE 15] and Holly McDonald [DE 12], the Clerk's entry of default against Defendants John McDonald and Holly McDonald [DE 21], and the failure of Defendants John McDonald and Holly McDonald to respond to Plaintiff's Motion, and is otherwise fully advised in the premises.

Pursuant to a franchise agreement between the parties, Defendants John McDonald and Holly McDonald were part owners and operators of one of Plaintiff Lady of America Franchise Corporation's franchises.  Section 9.1 of the parties' Franchise Agreement indicates that the agreement was for a period of ten years, or until August 5, 2012 [DE 1, Exh. A].  Defendants unilaterally terminated the agreement on July 4, 2004 leaving 97 months remaining on the Franchise Agreement.  (Compl., ¶ 17.)  Pursuant to § 9.8(e) of

the Franchise Agreement, all future royalties are due immediately upon termination. [DE 1, Exh. A]. Therefore, Plaintiff seeks recovery for 97 months, or 420 weeks (8 years x 52 weeks/yr + 4 weeks) of fees. [DE 29, Exh. B]. Section 6.3 of the Franchise Agreement states that the Royalty Fees due Plaintiff are "the greater of 10% of his or her prior week's gross receipts or $100 per week." Plaintiff seeks $42,000.00 for lost future royalty fees (420 weeks x $100/week). The Court agrees with this calculation.

    Based on the foregoing, it is **ORDERED AND ADJUDGED** as follows:

1. Plaintiff's Request for Entry of Default [DE 29] is hereby **GRANTED**;

2. Judgment is hereby entered in favor of Plaintiff, Lady of America Franchise Corporation, a Florida corporation, and against Defendants John McDonald and Holly McDonald upon the Complaint and exhibits herein;

3. Plaintiff shall recover of Defendant the sum of $42,000.00, consisting of the outstanding balance of future royalty fees owed to Lady of America Franchise Corporation pursuant to the parties' Franchise Agreement, §§ 6.3, 9.1, 9.6, and 9.9 [DE 1, Exh. A];

4. This Order does not pertain to the remaining Defendants and this case remains pending as to Defendants Michael Hynes and Jeani Hynes.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 17th day of October, 2006.

JAMES I. COHN
United States District Judge

copies to:
Roberto Zarco, Esq.
Stewart L. Karlin, Esq.